John Du Wors, State Bar No. 233913
*john@newmanlaw.com*
Nathan Durrance, State Bar No. 229210
*nathan@newmanlaw.com*
NEWMAN DU WORS LLP
2101 Fourth Avenue, Suite 1500
Seattle WA  98121
Telephone:    (206) 274-2800
Facsimile:    (206) 274-2801

Attorneys for Plaintiff
ConsumerTrack, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DIVISION OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CONSUMERTRACK, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ONESCREEN, LLC, a Nevada limited liability company; DATA DECIDES, LLC, an Illinois limited liability company; and KASEY KLAAS, an individual;<br><br>    Defendants. | Case No. 2:18-cv-201<br><br>**COMPLAINT FOR DECLARATORY JUDGMENT, BREACH OF CONTRACT, AND EQUITABLE INDEMNITY** |

Plaintiff ConsumerTrack, Inc. ("ConsumerTrack") brings this Complaint against Defendants OneScreen, LLC ("OneScreen"), Data Decides, LLC ("Data Decides"), and Kasey Klaas ("Mr. Klaas") for declaratory judgement, breach of contract, and equitable indemnity relating to obligations owed by Defendants to Plaintiff.  For its Complaint, Plaintiff alleges as follows:

## FACTS

1. This Court has subject-matter jurisdiction over this case on grounds of diversity (28 U.S.C. § 1332).  This Court has diversity jurisdiction because, on information and belief, the matter in controversy exceeds the sum or value of $75,000 and the action is between citizens of different States. Plaintiff is a citizen of California and each Defendant is a citizen of a state or territory other than California (including all LLC Defendants, whose members are all, on information and belief, citizens outside of California).

2. Plaintiff ConsumerTrack engages in online marketing using commercial email.  Plaintiff uses affiliates as part of its marketing campaigns, wherein the affiliates enter into agreements (sometimes called insertion orders) to provide marketing services to ConsumerTrack, including sending emails or other types of advertising. As part of these agreements, the affiliates agree to comply with all federal, state, or local laws, and moreover, agree to indemnify and hold harmless ConsumerTrack against any claims (including all costs and legal fees) relating to the affiliates marketing services under the agreement.

3. On August 7, 2015, ConsumerTrack entered into an agreement ("Insertion Order") with Data Decides and Mr. Klaas for the provision of affiliate marketing services, including sending emails to potential consumers of credit score services.  Emails sent by Data Decides and Mr. Klaas to potential consumers were under the cover of "OneScreen," another company owned by Mr. Klaas.

4. On June 30, 2016, ConsumerTrack and OneScreen were sued in the Superior Court in Los Angeles County, California, in a case entitled *Cristina*

*Chacon vs Onescreen LLC et al.*, Case No. BC625541 (the "Chacon Suit"). The Chacon Suit alleged violations of California Business and Professions Code § 17529.5 related to emails allegedly sent by ConsumerTrack's affiliate OneScreen. OneScreen, doing business as Data Decides, and their owner Mr. Klaas were responsible for the emails complained about in the Chacon Suit. ConsumerTrack denied the allegations of liability related to the Chacon Suit, but nonetheless incurred fees and expenses related to the Chacon Suit and was exposed to potential liability from the affiliate emails sent by the Defendants.

5.  The Defendants owe ConsumerTrack indemnity obligations with respect to the Chacon Suit and allegations therein, including but not limited to indemnity for ConsumerTrack's defense costs and legal fees and potential damages and other remedies related to the Chacon Suit and Chacon's allegations.

6.  ConsumerTrack's Insertion Order affiliate agreement with Defendants provides indemnification provisions that require Defendants to indemnify and hold harmless Plaintiff against any and all liability, claims, suits, losses, costs and legal fees caused by, arising out of, or otherwise resulting from any act, whether intentional or negligent, or omission of the affiliate, in the performance and/or failure to perform the obligations and honor the representations and warranties agreed to between the affiliate and Plaintiff. The Insertion Order affiliate agreement further provides that the affiliate shall keep itself fully informed of all federal, state, or local laws, and shall comply with all such laws.

7.  ConsumerTrack notified Defendants of its indemnity obligations and Defendants have thus far refused to indemnify, and reimburse Plaintiff for, its legal fees and costs associated with the Chacon Suit.

8.  ConsumerTrack now brings suit against the Defendants seeking declaratory relief and damages related to their failure to indemnify and hold harmless ConsumerTrack against its damages, losses, legal fees, and costs associated with defending itself in the Chacon Suit and forcing the present suit.

# PARTIES

9. Plaintiff ConsumerTrack, Inc. is a California corporation with its principal place of business in California.

10. Defendant OneScreen, LLC is a Nevada limited liability company. On information and belief, all members of OneScreen are citizens of Illinois. OneScreen is therefore a citizen of Nevada and Illinois for purposes of diversity jurisdiction.

11. Defendant DataDecides, LLC is an Illinois limited liability company. On information and belief, all members of DataDecides are citizens of Illinois. DataDecides is therefore a citizen of Illinois for purposes of diversity jurisdiction.

12. Defendant Kasey Klaas is an individual.  On information and belief, Mr. Klaas resides in and is a citizen of Illinois. Mr. Klaas is therefore a citizen of Illinois for purposes of diversity jurisdiction

# JURISDICTION AND VENUE

13. This Court has jurisdiction over this action under 28 U.S.C. § 1332(a) because the matter in controversy for the Defendants exceeds the sum or value of $75,000 and is between citizens of different States.

14. Venue is proper in this Court under 28 U.S.C. § 1391, and this Court has personal jurisdiction over the Defendants, because a substantial part of the events giving rise to the claims occurred within this judicial district, including Defendants failure to perform under the insertions orders, such as indemnifying and holding harmless Plaintiff ConsumerTrack, a California corporation located in this judicial district, against the claims made by Chacon.  Moreover, Defendants were subject to the jurisdiction of the California State courts in the Chacon Suit, wherein the Defendants submitted to jurisdiction and litigated the Chacon Suit along with ConsumerTrack.  ConsumerTrack, OneScreen, Data Decides, and Mr. Klaas were able to settle with the plaintiff in the Chacon Suit, but a controversy still remains with regards to Defendants' failure to indemnify ConsumerTrack.

# FIRST CAUSE OF ACTION
**Declaratory Relief against All Defendants**

15. Plaintiff hereby incorporates by reference the foregoing paragraphs as though fully set forth herein.

16. Each Defendant owes indemnity obligations to ConsumerTrack related to the Chacon Suit, including but not limited to indemnification under the Insertion Order and equitable indemnification principles.

17. For example, the Insertion Order require Defendants to indemnify ConsumerTrack for any and all liability, claims, suits, losses, costs and legal fees caused by, arising out of, or otherwise resulting from any act, whether intentional or negligent, or omission of each Defendant, in the performance and/or failure to perform the obligations and honor the representations and warranties agreed to in the Insertion Order.

18. The Chacon Suit included claims that constituted a suit arising out of or otherwise resulting from acts and omissions from Defendants that resulted and will continue to result in losses, costs, and legal fees. ConsumerTrack denied liability in the Chacon Suit, but is still suffering losses, costs, and legal fees, including its legal fees and costs in suing Defendants in the present suit.

19. The Chacon Suit allegations, if true, were caused by, arose out of, or otherwise resulted from, intentional or negligent acts or omissions of the Defendants.

20. The Defendants' acts or omissions as alleged in the Chacon Suit, and in its failure to honor the indemnity obligations under the Insertion Order, relate to the performance or failure to perform its obligations or honor its representations and warranties to ConsumerTrack, including but not limited to representations and warranties as agreed upon in the Insertion Order.

21. ConsumerTrack is entitled to indemnity from Defendants for all liability, claims, fees, or costs associated with the Chacon Suit and the present suit.

## SECOND CAUSE OF ACTION
**Breach of Contract**

22. Plaintiff hereby incorporates by reference the foregoing paragraphs as though fully set forth herein.

23. The Insertion Order with the Defendants constitute a binding contract.

24. ConsumerTrack performed all of its obligations under the Insertion Order.

25. Defendants materially breached the Insertion Order by (1) failing to indemnify ConsumerTrack against losses, costs and legal fees related to and arising from its actions and the Chacon Suit; (2) failing to abide by the warranties and representations within the Insertion Order, and (3) failing to indemnify and hold harmless ConsumerTrack in the present suit, including reimbursing ConsumerTrack for all its legal fees and costs in forcing Defendants to honor their obligations under the Insertion Order contract.

26. ConsumerTrack has been damaged by Defendants' breach of contract in an amount to be proven at trial, but no less than $75,000.

## THIRD CAUSE OF ACTION
**Equitable Indemnity**

27. Plaintiffs hereby incorporate by reference the foregoing paragraphs as though fully set forth herein.

28. ConsumerTrack and each of the Defendants entered into and engaged in a business relationship related to email marketing.

29. Through its actions or negligence, as alleged in the Chacon Suit, each Defendant sent or caused to be sent emails that allegedly violated California law. For these reasons, ConsumerTrack was named as a defendant in the Chacon Suit.

30. ConsumerTrack seeks equitable indemnification from each Defendant for each Defendant's contribution to the alleged claims in the Chacon Suit and the damages, costs, and legal fees incurred by ConsumerTrack in that and this case.

5
COMPLAINT

31. ConsumerTrack has been damaged by the Defendants' breach of its equitable indemnification obligations in an amount to be proven at trial, but no less than $75,000.

## RELIEF REQUESTED

Plaintiff ConsumerTrack, Inc. requests that the Court enter judgment in Plaintiff's favor and against Defendants, jointly and severally, as follows:

1. That the Court enter a Declaratory Judgment that OneScreen must indemnify and hold harmless ConsumerTrack for all losses, costs, and legal fees associated with the Chacon Suit and the present suit.
2. That the Court enter a Declaratory Judgment that Data Decides must indemnify and hold harmless ConsumerTrack for all losses, costs, and legal fees associated with the Chacon Suit and the present suit.
3. That the Court enter a Declaratory Judgment that Mr. Klaas must indemnify and hold harmless ConsumerTrack for all losses, costs, and legal fees associated with the Chacon Suit and the present suit.
4. That the Court enter a Declaratory Judgment that OneScreen breached its contract with ConsumerTrack.
5. That the Court enter a Declaratory Judgment that Data Decides breached its contract with ConsumerTrack.
6. That the Court enter a Declaratory Judgment that Mr. Klaas breached its contract with ConsumerTrack.
7. That the Court enter a Declaratory Judgment that each Defendant owes ConsumerTrack equitable indemnity for contributing to ConsumerTrack's damages, loss, and costs related to the Chacon Suit and the present suit.
8. That the Court award ConsumerTrack compensatory damages against the Defendants, jointly and severally, in an amount to be proven at trial but in no event less than $75,000.

9. That the Court award ConsumerTrack special damages against each Defendant in an amount to be proven at trial.

10. That the Court award ConsumerTrack exemplary damages against each Defendant in an amount to be proven at trial.

11. That the Court award ConsumerTrack its costs and attorneys' fees against each Defendant for the fees and costs incurred in this suit and in defending against the Chacon Suit and allegations contained therein.

12. That the Court grant such other and further relief as this Court may deem just and proper.

Dated: January 9, 2018

NEWMAN DU WORS LLP

*[signature]*

John Du Wors, State Bar No. 233913
*john@newmanlaw.com*
Nathan Durrance, State Bar No. 229210
*nathan@newmanlaw.com*

Attorneys for Plaintiff
ConsumerTrack, Inc.